

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00218-CR

Runcie Kiran **DOOKERAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8069
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was due by July 11, 2022, but it was not filed. On that day, the court reporter filed a notification of late record requesting an extension until September 11, 2022. Under Rule 35.3, this court is responsible for ensuring the appellate record is timely filed, and any extension we grant "must not exceed 30 days in an ordinary or restricted appeal." *See* TEX. R. APP. P. 35.3(c). Accordingly, we **grant in part** the court reporter's request for an extension, and we **order** the court reporter to file the record **by August 11, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court